UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

RICARDO COPANTITLA et al.,

                     Plaintiffs,

    v.

FISKARDO ESTIATORIO, INC. d/b/a THALASSA RESTAURANT, et al.,

                     Defendants.

------------------------------------------------------------------ X

Case No. 09 Civ. 1608 (RJH)

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) ss.:

DAVID A. COLODNY, being duly sworn, deposes and says under penalty of perjury that the following facts are true to the best of my knowledge:

1. I am an employee of the Urban Justice Center, which is located at 123 William Street, 16th Floor, New York, NY 10038. I am over eighteen years of age.

2. On September 21, 2009, I personally served Mr. Kemal Kurt with a subpoena duces tecum dated September 15, 2009, together with a check for witness and transportation fees in the amount of $71.82.

3. The service occurred at 120 W. 45th Street, New York, NY immediately after Mr. Kurt provided testimony in a National Labor Relations Board proceeding. During said proceeding, Mr. Kurt identified himself under oath as Mehmet Kemal Kurt.

4. Mr. Kurt accepted the subpoena and check, and left my presence with the subpoena and check in his possession.

Date: September 29, 2009

                                                                         DAVID A. COLODNY