

**Urban Justice Center**
123 William Street, 16th Floor, New York, NY 10038
Tel: (646) 602-5600 • Fax: (212) 533-4598
www.urbanjustice.org

**Board of Directors**

Mitchell A. Lowenthal, Esq.
*Chairman*
Partner
Cleary Gottlieb Steen & Hamilton LLP

Arnold B. Peinado III, Esq.
*Secretary*
Partner
Milbank, Tweed, Hadley & McCloy LLP

Jeffrey D. Haroldson, Esq.
*Treasurer*
President
HDG Mansur Capital Group, LLC

Felipe Aransaenz
Managing Director
York Stockbrokers

Michael A. Barasch, Esq.
Partner
Barasch McGarry Salzman & Penson

Pat Budziak
Member
i2 Foundation

Jonathan Cole, Ph.D.
J.M. Mason Professor of the University
Provost & Dean of Faculties, *Emeritus*
Columbia University

Marc Falcone, Esq.
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP

Jyotin Hamid, Esq.
Partner
Debevoise & Plimpton LLP

Helen Hershkoff, Esq.
Professor
New York University School of Law

Raquiba LaBrie, Esq.
Program Director
Open Society Institute

Stephen Loffredo, Esq.
Professor
CUNY School of Law

Christopher J. Meade, Esq.
Partner
WilmerHale

David A. Singleton, Esq.
Executive Director
Prison Reform Advocacy Center

David Tobis, Ph.D.
Executive Director
Fund for Social Change

**Executive Director**

Douglas Lasdon, Esq.

October 28, 2009

**Via Facsimile**

Hon. Richard J. Holwell
U.S. District Judge
U.S. District Court for the Southern
    District of New York
500 Pearl Street
New York, NY 10007





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

Re:    *Copantitla et al. v. Fiskardo Estiatorio, Inc. et al.* (09-cv-1608)
       Joint Request to Extend Discovery Period

Dear Judge Holwell:

The Urban Justice Center, together with Shearman & Sterling LLP and Chadbourne & Parke LLP, represent the plaintiffs in the above captioned matter. We write on behalf of both the plaintiffs and defendants to jointly request an extension of the discovery period for the reasons set forth below. In addition, the plaintiffs respectfully request, with the defendants' consent, that the November 6 status conference be rescheduled.

Under the current case management plan, discovery will close on November 2, 2009, with an interim deadline for joinder of additional parties and amendments to pleadings of October 19. *See* Docket Entries 13 and 30. The parties jointly request that the case management plan be amended to reflect the following dates:

a) The cutoff date for joinder of additional parties is January 8, 2009;

b) The cutoff date for amendments to pleadings is January 8, 2009; and

c) Fact and expert discovery will close on February 26, 2010.

*individual rights • social change*

The need for additional time is due in part to the stay of discovery which the parties jointly agreed to for the purpose of engaging in settlement discussions with Magistrate Judge Francis. *See* Docket Entry No. 27 (granting stay of approximately four weeks). The extension is also needed in light of the significant number of depositions that the parties anticipate will be necessary. The defendants expect to depose all thirteen plaintiffs and approximately five non-party witnesses. The plaintiffs similarly expect to conduct at least fifteen depositions including both parties and non-parties. Further, although the defendants' deadline for responding to interrogatories and document requests was September 18, the responses and objections were served in October. The defendants' document production started on October 21 and defendants intend to produce documents on a rolling basis. The defendants have a substantial number of documents that they intend to make available for inspection only after the parties enter into a stipulated confidentiality order. The parties have exchanged drafts of such an agreement and hope to finalize it soon so that we can move forward with the document productions. The delays in completing this phase of discovery have delayed the start of the deposition phase. The parties are trying to work cooperatively to complete discovery in an expeditious manner, and hope that further extensions will not be necessary.

In addition to the discovery dates noted above, the parties are currently scheduled to appear for a status conference on November 6, 2009. Unfortunately, undersigned counsel will be out of town at a conference on November 6, and therefore respectfully requests that the conference be adjourned. Counsel for the defendants consents to such an adjournment. Counsel for both parties are available December 1, 2, 7, 9 and 10.

The parties appreciate the Court's attention to these matters, and would be happy to appear for a conference to discuss these requests at the Court's direction.

Respectfully Submitted,

David A. Colodny

Counsel for Plaintiffs

cc: Stephanie L. Aranyos, Esq. (by fax)
Marc D. Ashley, Esq.

*Handwritten note:* Application Granted. No further Extensions. A status conference shall be held on March 5, 2010 at 10:00 a.m. The Nov. 6 conference is cancelled.

SO ORDERED.

USDJ 10/3/09

2