UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X
RICARDO COPANTITLA, DIEGO DIAZ DE LA VEGA, IGNACIO GARCIA, FREDDY GUACHUN, JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN MALDONADO, HENRY MATUTE, JOELITO MELENDEZ, AUSSENCIO RAMIREZ, AND JOSE LUIS VARGAS,

       Plaintiffs,

    -against-

FISKARDO ESTIATORIO, INC. d/b/a THALASSA RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS, and STEVE MAKRIS,

       Defendants.
--------------------------------------------------------- X

Case No. 09-cv-1608 (RJH)

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that Defendants Fiskardo Estiatorio, Inc. d/b/a Thalassa Restaurant, George Makris, Julia Makris, and Steve Makris (collectively, "defendants") shall move before the Honorable Richard J. Holwell, U.S.D.J., on a date and time to be set by this Court, pursuant to Federal Rule of Civil Procedure 45(c)(3) for an Order quashing with prejudice the subpoenas *ad testificandum* and *duces tecum* dated December 7, 2009 that have been directed towards non-parties Fantis Foods, Inc. and Fantis Transfer Corp. Inc..

  **PLEASE TAKE FURTHER NOTICE** that at the return date of this motion, defendants shall rely upon: (1) Memorandum of Law in Support of Motion To Quash the Subpoenas *Ad Testificandum and Duces Tecum*; (2) Affirmation of Stephanie L. Aranyos in Support of Motion to Quash; (3) Affirmation of David W. Field, (4) all other pleadings and papers of record; and (5) any oral argument.

F1451/99
12/17/2009 13406218.1

-2-

Respectfully submitted,

**LOWENSTEIN SANDLER PC**


By:   /s/ Stephanie L. Aranyos
      Stephanie L. Aranyos (SA-1657)
      1251 Avenue of the Americas
      New York, New York  10020
      (212) 262-6700

Attorneys for Defendants Fiskardo Estiatorio, Inc. d/b/a Thalassa Restaurant, George Makris, Julia Makris, and Steve Makris

Dated: New York, New York
      December 17, 2009


TO:    David A. Colodny, Esq.
       Senior Staff Attorney
       Urban Justice Center
       123 William Street, 16th Floor
       New York, New York 10038

       and

       Marc D. Ashley, Esq.
       Chadbourne & Parke LLP
       30 Rockefeller Plaza
       New York, NY 10112

       and

       Daniel Lewis, Esq.
       Shearman & Sterling LLP
       599 Lexington Avenue
       New York, NY  10022

       Attorneys for Plaintiffs