# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541 5369

Marc D. Ashley
direct tel (212) 408-5194
mashley@chadbourne.com



February 25, 2010

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Ricardo Copantitla, et al. v. Fiskardo Estiatorio d/b/a Thalassa Restaurant, et al.
        Index No. 09 Civ. 1608 (RJH)

Dear Judge Holwell:

    Chadbourne & Parke LLP, Shearman & Sterling LLP, and the Urban Justice Center represent Plaintiffs in the above-captioned matter. We write on behalf of Plaintiffs and Defendants jointly to request an adjournment of the status conference currently scheduled for March 12, 2010. At this time, the parties have several open discovery matters pending before Magistrate Judge Francis, including a motion to compel disclosure and a motion to quash subpoenas served on Fantis Foods, Inc. and Fantis Transfer Corp, as well as a motion for leave to file a second amended complaint. In light of these pending motions, the parties jointly agree that a status conference would be more productive for the parties and the Court once those issues have been addressed by Judge Francis. When these matters have been resolved, the parties will again seek to calendar a status conference with Your Honor.

        Respectfully yours,

        Marc D. Ashley

VIA FEDERAL EXPRESS

cc: David W. Field, Esq.
    Stephanie L. Aranyos, Esq.
    Daniel E. Lewis, Esq.
    David A. Colodny, Esq.

*Conference adjourned to 4/23/10 at 10:00 am*

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
3/10/10