USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

RICARDO COPANTITLA, DIEGO DIAZ DE LA
VEGA, IGNACIO GARCIA, FREDDY GUACHUN,
JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN
LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN
MALDONADO, HENRY MATUTE, JOELITO
MELENDEZ, AUSSENCIO RAMIREZ, AND JOSE
LUIS VARGAS,

                             Plaintiffs,

-against-

FISKARDO ESTIATORIO, INC. d/b/a THALASSA
RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS,
STEVE MAKRIS, and FANTIS FOODS, INC.

                             Defendants.

-----------------------------------------------------------x

No. 09 Civ. 1608 (RJH)

**STIPULATION AS TO
AUTHENTICITY AND
ADMISSIBILITY OF
CERTAIN DOCUMENTS**

        WHEREAS Plaintiffs Ricardo Copantitla, Diego Diaz De La Vega, Ignacio Garcia, Freddy Guachun, Julio Lantigua, Manuel Lizandro, Martin Lopez, Sebastian Lopez, Augustin Maldonado, Henry Matute, Joelito Melendez, Aussencio Ramirez, and Jose Luis Vargas (collectively, "plaintiffs") and Defendants Fiskardo Estiatorio, Inc. d/b/a Thalassa Restaurant, Julia Makris, George Makris, Steve Makris, and Fantis Foods, Inc. (collectively, "defendants") are presently engaged in disclosure of documents and information in discovery; and

        WHEREAS in connection with the disclosure of documents and information in discovery, defendants served subpoenas on The City College of New York and CUNY School of Law ("Subpoenas") seeking information concerning the records of Julio Lantigua; and

WHEREAS the parties have agreed to the terms included in this Stipulation to resolve a dispute as to the scope of documents sought by way of the Subpoenas;

IT IS HEREBY STIPULATED AND AGREED by and among plaintiffs and defendants, by their undersigned attorneys of record, as follows:

1. Plaintiffs stipulate that the documents relating to the City College of New York and CUNY School of Law, bearing bates stamp numbers COP000868-COP001054, are authentic and otherwise admissible.

2. Plaintiffs waive all objections as to these documents, except retain all rights to object to the admission of these documents under Federal Rules of Evidence 401, 402, 403, and 404.

3. That this Stipulation may be signed in counterparts and a facsimile signature is deemed to have the same force and effect as an original signature for all purposes.

Dated: New York, New York
October 12, 2010

URBAN JUSTICE CENTER

By: _____
David A. Colodny, Esq. (DC-4234)
Attorney for Plaintiffs
123 William Street, 16th Floor
New York, New York 10038
(646) 459-3006
dcolodny@urbanjustice.org

LOWENSTEIN SANDLER PC

By: _____
Stephanie L. Aranyos (SA-1637)
Attorneys for Defendants
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700
saranyos@lowenstein.com

CHADBOURNE & PARKE LLP

By: _____
Marc D. Ashley, Esq. (MA-8896)
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5194
mashley@chadbourne.com

SHEARMAN & STERLING LLP

By: _____
Daniel C. Lewis, Esq. (DL-2703)
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-8691
Daniel.Lewis@Shearman.com

SO ORDERED

_____
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
11/1/10