## AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
                                            : ss.:
COUNTY OF NEW YORK   )

       STEPHANIE L. ARANYOS, the undersigned attorney at law admitted to practice in the courts of the State of New York, hereby affirms: that she is over 18 years of age; is not a party to this action; and is counsel in the law firm of Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020.

       That on November 15, 2010 she caused the following:

AFFIRMATION OF STEPHANIE L. ARANYOS, ESQ.
AND ACCOMPANYING EXHIBITS

to be served upon the following attorneys:

       Alan S. Goudiss, Esq.
       Shearman & Sterling LLP
       599 Lexington Avenue
       New York, New York 10022

       and

       Marc D. Ashley, Esq.
       Chadbourne & Parke LLP
       30 Rockefeller Plaza
       New York, NY 10112

       and

       David A. Colodny, Esq.
       Senior Staff Attorney
       Urban Justice Center
       123 William Street, 16th Floor
       New York, New York 10038

       Said service was made via electronic case filing system. In addition, said service was made by depositing true copies of the attached papers, enclosed in sealed envelopes, properly addressed to the above-named attorneys, into the custody of Federal Express, a private delivery service, in New York, New York, prior to the latest time designated by Federal Express for delivery by the close of the next business day.

STEPHANIE L. ARANYOS declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 15, 2010.

                                    /s/ Stephanie L. Aranyos
                                  STEPHANIE L. ARANYOS (SA-1657)

F1451/99
11/15/2010 16122136.1