## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

      STEPHANIE L. ARANYOS, the undersigned attorney at law admitted to practice in the courts of the State of New York, hereby affirms: that she is over 18 years of age; is not a party to this action; and is counsel in the law firm of Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020.

      That on November 15, 2010 she caused the following:

DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO DISMISS CERTAIN PLAINTIFFS

to be served upon the following attorneys:

      Alan S. Goudiss, Esq.
      Shearman & Sterling LLP
      599 Lexington Avenue
      New York, New York  10022

      and

      Marc D. Ashley, Esq.
      Chadbourne & Parke LLP
      30 Rockefeller Plaza
      New York, NY 10112

      and

      David A. Colodny, Esq.
      Senior Staff Attorney
      Urban Justice Center
      123 William Street, 16th Floor
      New York, New York 10038

      Said service was made via electronic case filing system. In addition, said service was made by depositing true copies of the attached papers, enclosed in sealed envelopes, properly addressed to the above-named attorneys, into the custody of Federal Express, a private delivery service, in New York, New York, prior to the latest time designated by Federal Express for delivery by the close of the next business day.

STEPHANIE L. ARANYOS declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 15, 2010.

                                        /s/ Stephanie L. Aranyos
                                        STEPHANIE L. ARANYOS (SA-1657)

F1451/99
11/15/2010 16112257.1