## AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
: ss.:
COUNTY OF NEW YORK   )

      STEPHANIE L. ARANYOS, the undersigned attorney at law admitted to practice in the courts of the State of New York, hereby affirms: that she is over 18 years of age; is not a party to this action; and is counsel in the law firm of Lowenstein Sandler PC, 1251 Avenue of the Americas, New York, New York 10020.

      That on November 15, 2010 she caused the following:

DEFENDANTS' RULE 56.1 STATEMENT OF UNCONTROVERTED FACTS

to be served upon the following attorneys:

        Alan S. Goudiss, Esq.
        Shearman & Sterling LLP
        599 Lexington Avenue
        New York, New York 10022

        and

        Marc D. Ashley, Esq.
        Chadbourne & Parke LLP
        30 Rockefeller Plaza
        New York, NY 10112

        and

        David A. Colodny, Esq.
        Senior Staff Attorney
        Urban Justice Center
        123 William Street, 16th Floor
        New York, New York 10038

      Said service was made via electronic case filing system. In addition, said service was made by depositing true copies of the attached papers, enclosed in sealed envelopes, properly addressed to the above-named attorneys, into the custody of Federal Express, a private delivery service, in New York, New York, prior to the latest time designated by Federal Express for delivery by the close of the next business day.

STEPHANIE L. ARANYOS declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 15, 2010.

                            /s/ Stephanie L. Aranyos
                            STEPHANIE L. ARANYOS (SA-1657)