UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

RICARDO COPANTITLA, DIEGO DIAZ DE LA VEGA, IGNACIO GARCIA, FREDDY GUACHUN, JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN MALDONADO, HENRY MATUTE, JOELITO MELENDEZ, AUSSENCIO RAMIREZ, AND JOSE LUIS VARGAS,

                     Plaintiffs,

                     -against-

FISKARDO ESTIATORIO, INC. d/b/a THALASSA RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS, STEVE MAKRIS, and FANTIS FOODS, INC.

                     Defendants.

Case No. 09 Civ. 1608 (RJH)(JCF)

------------------------------------------------------------------- x

## NOTICE OF ATTORNEY WITHDRAWAL

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws his appearance in the above-captioned matter because he is no longer counsel for plaintiffs Ricardo Copantitla, Diego Diaz De La Vega, Ignacio Garcia, Freddy Guachun, Julio Lantigua, Manuel Lizondro, Martin Lopez, Sebastian Lopez, Augustin Maldonado, Henry Matute, Joelito Melendez, Aussencio Ramirez, and Jose Luis Vargas:

Joshua M. Goodman
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Counsel further requests that no further notices be given or required in this case, and no documents and other pleadings be given or served upon Mr. Goodman.

Dated: January 18, 2011

                        Respectfully submitted,
                        SHEARMAN & STERLING LLP

By:    /s/ Marjorie A. Mulhall
         Marjorie A. Mulhall
         599 Lexington Avenue
         New York, NY  10022-6069
         (212) 848-4000
         (212) 848-7179 (facsimile)