UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

RICARDO COPANTITLA, et al.,

        Plaintiff,

     - against -                              09 Civ. 01608 (RJH)

FISKARDO ESTIATORIO, INC. d/b/a
THALASSA RESTAURANT, et al.

        Defendants.

------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11

### [Proposed] Revised Scheduling and Trial Order

    This matter is also scheduled for trial for September 19 2011. You are instructed to take the following steps in connection with the trial:

    1.    The parties are directed to appear for a final pre-trial conference on September 9, 2011, at 2 a.m. (p.m.) in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007, in order to resolve evidentiary issues and review trial procedures.

    2.    A joint pre-trial order shall be submitted to the Court by August 19, 2011.

    3.    The parties are directed to exchange a complete set of exhibits among themselves and to deliver to chambers two complete sets of documentary exhibits, preferably in binders, with all exhibits numbered in uniformity with the pretrial order on August 19, 2011.

    4.    The parties are directed to exchange among themselves and to deliver to chambers, by August 19, 2011, designated deposition testimony, if any, that they propose to read at trial. Objections to designations and counter-designations, if any, shall be due on August 26, 2011, and may be delivered to chambers on that date.

    5.    Motions in limine and objections to exhibits, if any, shall be due on August 26, 2011. Opposition to motions in limine, if any, shall be due on September 2, 2011. The motions, objections, and opposition papers may be delivered to chambers on the days they are due.

    6.    At the commencement of trial, the parties are directed to supply a final list of all exhibits to the County Clerk and to the Judge.

7.    Counsel are expected to have all necessary witnesses on hand to commence and continue trial. The court cannot commit itself to wait for witnesses. THE FAILURE TO HAVE A WITNESS READY TO PROCEED MAY RESULT IN THE PARTY RESTING ITS CASE.

*Oral argument is adjourned until May 6, 2011 at 2:00 p.m.*

SO ORDERED.

Dated:  New York, New York
        February 15, 2011

_____
Richard J. Holwell
United States District Judge

2