```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
RICARDO COPANTITLA, DIEGO DIAZ DE LA    :
VEGA, IGNACIO GARCIA, FREDDY GUACHUN,   :
JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN :
LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN        :
MALDONADO, HENRY MATUTE, JOELITO        :
MELENDEZ, AUSSENCIO RAMIREZ, AND JOSE   :   Case No. 09 Civ. 1608 (RJH)(JCF)
LUIS VARGAS,                            :
                                        :
                     Plaintiffs,        :
                                        :
         -against-                      :
                                        :
FISKARDO ESTIATORIO, INC. d/b/a THALASSA:
RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS,:
STEVE MAKRIS, and FANTIS FOODS, INC.    :
                                        :
                     Defendants.        :
                                        :
-------------------------------------------------------------------- x
```

## NOTICE OF ATTORNEY WITHDRAWAL

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws her appearance in the above-captioned matter because she is no longer counsel for plaintiffs Ricardo Copantitla, Diego Diaz De La Vega, Ignacio Garcia, Freddy Guachun, Julio Lantigua, Manuel Lizandro, Martin Lopez, Sebastian Lopez, Augustin Maldonado, Henry Matute, Joelito Melendez, Aussencio Ramirez, and Jose Luis Vargas:

Marjorie A. Mulhall
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Counsel further requests that no further notices be given or required in this case, and no documents and other pleadings be given or served upon Ms. Mulhall.

Dated: March 31, 2011

                              Respectfully submitted,
                              SHEARMAN & STERLING LLP

By:    /s/ Daniel C. Lewis
        Daniel C. Lewis
        599 Lexington Avenue
        New York, NY  10022-6069
        (212) 848-8691
        (212) 646-8691 (facsimile)