UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
RICARDO COPANTITLA, DIEGO DIAZ DE LA
VEGA, IGNACIO GARCIA, FREDDY GUACHUN,
JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN
LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN
MALDONADO, HENRY MATUTE, JOELITO
MELENDEZ, AUSSENCIO RAMIREZ, AND JOSE
LUIS VARGAS,

                  Plaintiffs,

                  -against-

FISKARDO ESTIATORIO, INC. d/b/a THALASSA
RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS,
STEVE MAKRIS, and FANTIS FOODS, INC.

                  Defendants.
------------------------------------------------------------------------ x

Case No. 09 Civ. 1608 (RJH)(JCF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/11

## NOTICE OF ATTORNEY WITHDRAWAL [+ ORDER]

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws her appearance in the above-captioned matter because she is no longer counsel for plaintiffs Ricardo Copantitla, Diego Diaz De La Vega, Ignacio Garcia, Freddy Guachun, Julio Lantigua, Manuel Lizandro, Martin Lopez, Sebastian Lopez, Augustin Maldonado, Henry Matute, Joelito Melendez, Aussencio Ramirez, and Jose Luis Vargas:

Marjorie A. Mulhall
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Counsel further requests that no further notices be given or required in this case, and no documents and other pleadings be given or served upon Ms. Mulhall.

Case 1:09-cv-01608-RJH-JCF   Document 124   Filed 03/31/11   Page 2 of 2

Dated: March 31, 2011

                        Respectfully submitted,
                        SHEARMAN & STERLING LLP

By:   /s/ Daniel C. Lewis
       Daniel C. Lewis
       599 Lexington Avenue
       New York, NY 10022-6069
       (212) 848-8691
       (212) 646-8691 (facsimile)

*[Handwritten:]* 4/1/11
Application granted.
SO ORDERED.
James C. Francis IV
USMJ