Case 1:09-cv-01608-RJH-JCF   Document 120   Filed 01/18/11   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
RICARDO COPANTITLA, DIEGO DIAZ DE LA :
VEGA, IGNACIO GARCIA, FREDDY GUACHUN, :
JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN :
LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN :
MALDONADO, HENRY MATUTE, JOELITO :
MELENDEZ, AUSSENCIO RAMIREZ, AND JOSE :  Case No. 09 Civ. 1608 (RJH)(JCF)
LUIS VARGAS, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　-against- :
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
FISKARDO ESTIATORIO, INC. d/b/a THALASSA :
RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS, :
STEVE MAKRIS, and FANTIS FOODS, INC. :
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants. :
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------ + ORDER ------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/11

## NOTICE OF ATTORNEY WITHDRAWAL

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws his appearance in the above-captioned matter because he is no longer counsel for plaintiffs Ricardo Copantitla, Diego Diaz De La Vega, Ignacio Garcia, Freddy Guachun, Julio Lantigua, Manuel Lizondro, Martin Lopez, Sebastian Lopez, Augustin Maldonado, Henry Matute, Joelito Melendez, Aussencio Ramirez, and Jose Luis Vargas:

Joshua M. Goodman
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Counsel further requests that no further notices be given or required in this case, and no documents and other pleadings be given or served upon Mr. Goodman.

Dated: January 18, 2011

                                      Respectfully submitted,
                                      SHEARMAN & STERLING LLP

By:   /s/ Marjorie A. Mulhall
        Marjorie A. Mulhall
        599 Lexington Avenue
        New York, NY 10022-6069
        (212) 848-4000
        (212) 848-7179 (facsimile)

*[Handwritten: 4/1/11 Application granted. SO ORDERED. James C. Francis IV USMJ]*