UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

| | |
|---|---|
| RICARDO COPANTITLA,<br>DIEGO DIAZ DE LA VEGA,<br>IGNACIO GARCIA, FREDDY GUACHUN,<br>JULIO LANTIGUA, MANUEL LIZANDRO,<br>MARTIN LOPEZ, SEBASTIAN LOPEZ,<br>AUGUSTIN MALDONADO, HENRY MATUTE,<br>JOELITO MELENDEZ, AUSSENCIO RAMIREZ<br>AND JOSE LUIS VARGAS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FISKARDO ESTIATORIO, INC. d/b/a THALASSA<br>RESTAURANT, GEORGE MAKRIS,<br>JULIA MAKRIS, AND STEVEN MAKRIS,<br><br>                    Defendants. | No. 09-CV-1608 (RJH)<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in the above-captioned action for Ricardo Copantitla, Diego Diaz de la Vega, Ignacio Garcia, Freddy Guachun, Julio Lantigua, Manuel Lizandro, Martin Lopez, Sebastian Lopez, Augustin Maldonado, Henry Matute, Joelito Melendez, Aussencio Ramirez, and Jose Luis Vargas (collectively "Plaintiffs"). I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         July 27, 2011

SHEARMAN & STERLING LLP

/s/ Kristen Hutchens_____
Kristen Hutchens
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (646) 848-4734

*Attorneys for Plaintiffs*