

**Lowenstein Sandler**
ATTORNEYS AT LAW

**David W. Field**
Member of the Firm
Tel 973 597 2356
Fax 973 597 2357
dfield@lowenstein.com

August 8, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8 15 11
```



**VIA FACSIMILE ONLY**

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Copantitla, et al. v. Fiskardo Estiatorio, Inc. d/b/a Thalassa Restaurant, et al.
Case No. 09-Civ.-1608**

Dear Judge Holwell:

This firm represents defendants in the above-referenced case. We submit this letter jointly with
plaintiffs' counsel to seek guidance from the Court on how direct examination testimony will be
presented at trial scheduled to commence on September 19, 2011.   We raise this question
because there was discussion of using affidavits for direct testimony during a pre-motion
conference with the Court but the format of direct testimony is not addressed in the Revised
Scheduling and Trial Order [Doc. No. 122].  Plaintiffs and defendants respectfully request that
they be permitted to present live direct testimony if that is acceptable to the Court.  If, however,
the Court directs the parties to submit affidavits for direct testimony instead, we suggest the
parties exchange affidavits and submit them to the Court on September 9, 2011.  The parties are
available for a telephone conference with the Court at its convenience to discuss this matter.

In addition, both parties also request a modification to the Revised Scheduling and Trial Order,
which directs the  parties to exchange "a complete set of exhibits" and to deliver them to
chambers on August 19, 2011.  Many of the potential exhibits in this case will consist of
employee time cards and payroll records which pertain to wage-and-hour damages calculations
and could encompass thousands of pages of documents.  The parties request that the exchange of
final exhibits and their delivery to chambers be adjourned one week to August 26, 2011 in order
to give the parties additional time to exchange damages calculation summaries and possibly
stipulate to a damages amount with the goal of avoiding the need to present thousands of pages
of documentary evidence of wage-and-hour damages at trial.

**Lowenstein Sandler PC**   In California, Lowenstein Sandler LLP                                    www.lowenstein.com

65 Livingston Avenue  Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400                    New York  Palo Alto  Roseland

Hon. Richard J. Holwell, U.S.D.J.                                    August 8, 2011
Page 2


Respectfully submitted,

David W. Field

F1451/99
08/08/11 18140791.1

cc:    David Colodny, Esq.
       Daniel Lewis, Esq.
       Marc Ashley, Esq.


Request granted. The
parties shall exchange
exhibits by 8/26/11. Line
direct testimony is
acceptable.

SO ORDERED:
Date: 8/8/11                    Richard J. Holwell, U.S.D.J.


