

# Lowenstein
# Sandler
ATTORNEYS AT LAW

**David W. Field**
Member of the Firm
Tel 973 597 2356
Fax 973 597 2357
dfield@lowenstein.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/11
```

August 17, 2011



VIA FACSIMILE (212-805-7948)

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Copantitla, et al. v. Fiskardo Estiatorio, Inc. d/b/a Thalassa Restaurant, et al.**
Case No. 09-Civ.-1608

Dear Judge Holwell:

This firm represents defendants in the referenced case. We submit this letter jointly with plaintiffs' counsel to respectfully request a one week extension for the submission of the joint pre-trial order (including proposed findings of fact and conclusions of law and a pretrial memorandum, which are due at the same time as the joint pretrial order per Your Honor's individual practices) and the designation and counter-designation of deposition testimony for use at trial. Trial in this matter is currently scheduled to begin on September 19, 2011. Under the Revised Scheduling and Trial Order [Doc. No. 122] and the Court's individual practices, the joint pretrial order (along with proposed findings and conclusions and pretrial memorandum) and designated deposition testimony is to be exchanged and provided to chambers this Friday, August 19, 2011. Counter-designations and objections to designations are currently due August 26, 2011.

The parties are diligently preparing for trial in this matter and met yesterday to discuss stipulations to facts and wage-and-hour damages. We are nearing agreement on stipulated facts and possibly wage and hour damages. However, the parties require additional time to negotiate and receive approval from their clients. Therefore, in the interests of streamlining the issues for trial and providing the Court with submissions that can fully encompass the parties' agreements, we respectfully request an extension.

If the Court grants the parties' an extension, the joint pretrial order (and proposed findings and conclusions and pretrial memorandum) and designated deposition testimony will be due on August 26, 2011; counter-designations and objections to designations will be due on September 2, 2011.

Hon. Richard J. Holwell, U.S.D.J.                                              August 17, 2011
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

David W. Field /EJ

David W. Field

F1451/99
08/17/11 18204474.1

cc:   David Colodny, Esq.
      Daniel Lewis, Esq.
      Marc Ashley, Esq.
      Meghan Towers, Esq.

SO ORDERED

/s/ RJH

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
8/17/11

