UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO COPANTITLA, DIEGO DIAZ DE LA VEGA, IGNACIO GARCIA, FREDDY GUACHUN, JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN MALDONADO, HENRY MATUTE, JOELITO MELENDEZ, AUSSENCIO RAMIREZ, and JOSE LUIS VARGAS,<br><br>Plaintiffs,<br><br>-against-<br><br>FISKARDO ESTIATORIO, INC. d/b/a THALASSA RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS, STEVE MAKRIS, and FANTIS FOODS, INC.,<br><br>Defendants. | 09 Civ. No. 1608 (RJH) (JCF)<br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws her appearance in the above-captioned matter because she is no longer counsel for plaintiffs Ricardo Copantitla, Diego Diaz De La Vega, Ignacio Garcia, Freddy Guachun, Julio Lantigua, Manuel Lizondro, Martin Lopez, Sebastian Lopez, Augustin Maldonado, Henry Matute, Joelito Melendez, Aussencio Ramirez, and Jose Luis Vargas:

> Laura C. Rowntree
> CHADBOURNE & PARKE LLP
> 30 Rockefeller Plaza
> New York, NY 10112.

Counsel requests that no further notices be given to or required by Ms. Rowntree in this case, and that no documents and other pleadings be given to or served upon her.

Date: September 6, 2011
      New York, New York

        Respectfully submitted,

        CHADBOURNE & PARKE LLP


        By  /s/ Marc D. Ashley
            Marc D. Ashley  (MA-8896)
            mashley@chadbourne.com
        30 Rockefeller Plaza
        New York, New York  10112
        Telephone:  (212) 408-5100
        Facsimile:  (212) 541-5369

        Attorneys for Plaintiffs

CPAM: 4107020.1