# Lowenstein Sandler
ATTORNEYS AT LAW

**David W. Field**
Member of the Firm
Tel 973 597 2356
Fax 973 597 2357
dfield@lowenstein.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/11

August 31, 2011

VIA FACSIMILE (212-805-7948)

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Copantitla, et al. v. Fiskardo Estiatorio, Inc. d/b/a Thalassa Restaurant, et al.
      Case No. 09-Civ.-1608

Dear Judge Holwell:

This firm represents defendants in the above-referenced case. We submit this letter jointly with plaintiffs' counsel to respectfully request a two-day extension for the pre-trial submissions that we asked, via letter dated August 24, 2011, to submit to the Court today, August 31, 2011. The submissions due are the joint pre-trial order (accompanied by proposed findings of fact and conclusions of law, designations of deposition testimony for use at trial, and any pretrial memoranda) and exhibits to be used at trial. Trial is currently scheduled for September 19, 2011. If the Court grants our request, the parties' pretrial submissions would be due on Friday, September 2, 2011.

The parties have previously written to the Court seeking extensions to facilitate the parties' negotiations over stipulations for wage-and-hour damages (to avoid introduction at trial of thousands of pages of payroll and timecard exhibits) and, more recently, to facilitate settlement discussions with respect to all claims in the case. The parties have been in frequent communication regarding a potential settlement and believe that this matter will, ultimately, settle. However, the parties are still negotiating the final details of a settlement-in-principle and anticipate that we can reach agreement by Friday, September 2, 2011. We will, of course, advise the Court promptly in the event that a settlement between the parties is reached.

Hon. Richard J. Holwell, U.S.D.J.                                            August 31, 2011
Page 2

The parties thank the Court for its consideration of our application.

Respectfully submitted,

*David W. Field/EJ*

David W. Field

cc:   David A. Colodny, Esq.
      Daniel Lewis, Esq.
      Marc D. Ashley, Esq.
      Meghan Towers, Esq.

F1451/99
08/31/11 18307077.1

**EXTENSION GRANTED.**

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

9/6/11



TOTAL P.03