# Lowenstein Sandler
ATTORNEYS AT LAW

**David W. Field**
Member of the Firm

Tel 973 597 2356
Fax 973 597 2357
dfield@lowenstein.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/11
```

September 2, 2011

VIA FACSIMILE (212-805-7948)

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Copantitla, et al. v. Fiskardo Estiatorio, Inc. d/b/a Thalassa Restaurant, et al.
      Case No. 09-Civ.-1608 (RJH)

Dear Judge Holwell:

This firm represents Defendants in the above-referenced case. We submit this letter jointly with Plaintiffs' counsel to update the Court as to the status of our ongoing settlement discussions. Trial is currently scheduled for September 19, 2011. The parties can now report to Your Honor that we have reached a settlement-in-principle. We respectfully request that the action be removed from the trial calendar to allow the parties to complete the necessary settlement closing documentation.

The parties thank the Court for its time and consideration.

Respectfully submitted,

David W. Field/EJ

David W. Field

cc:   David A. Colodny, Esq.
      Daniel Lewis, Esq.
      Marc D. Ashley, Esq.

F1451/99
09/02/11 18324177.1

> 9/9 CONFERENCE AND 9/19 TRIAL ADJOURNED SINE DIE. PARTIES WILL SUBMIT SETTLEMENT FOR APPROVAL WITHIN 30 DAYS.
>
> SO ORDERED:
> Date: 9/13/11
> Richard J. Holwell, U.S.D.J.