UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/11
```

RICARDO COPANTITLA, et al,

        Plaintiffs,

- against -

FISKARDO ESTIATORIO, INC.
D/B/A/ THALASSA RESTAURANT, ET AL.,

        Defendants.

09 Civ. 01608 (RJH)

**ORDER**

The deadline for submitting settlement documents to the court for approval is extended to November 30, 2011.

SO ORDERED

_____
Richard J. Holwell
United States District Judge

Dated: October 1?, 2011
       New York, New York