```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO COPANTITLA, DIEGO DIAZ DE LA VEGA, IGNACIO GARCIA, FREDDY GUACHUN, JULIO LANTIGUA, MANUEL LIZANDRO, MARTIN LOPEZ, SEBASTIAN LOPEZ, AUGUSTIN MALDONADO, HENRY MATUTE, JOELITO MELENDEZ, AUSSENCIO RAMIREZ, and JOSE LUIS VARGAS,

       Plaintiffs,

   -against-

FISKARDO ESTIATORIO, INC. d/b/a THALASSA RESTAURANT, GEORGE MAKRIS, JULIA MAKRIS, STEVE MAKRIS, and FANTIS FOODS, INC.,

       Defendants.

Case No. 09 Civ. 1608
(RJH)(JCF)

STIPULATION OF
DISMISSAL

   IT IS HEREBY STIPULATED AND AGREED by and among all Plaintiffs and Defendants Fiskardo Estiatorio, Inc. and Steve Makris, that (1) Plaintiffs' claims against Fiskardo Estiatorio, Inc. and Steve Makris under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (i.e. the First and Third Causes of Action in the Second Amended Complaint) be dismissed without prejudice and that (2) all of Plaintiffs' remaining claims against Defendants Fiskardo Estiatorio, Inc. and Steve Makris in this action (i.e. the Second and Fourth through Thirteenth Causes of Action in the Second Amended Complaint) be dismissed with prejudice, with no award of counsel fees or costs by the Court to either side.

   This Court shall retain jurisdiction over this action to enforce the General Release and Settlement Agreement, dated November 3, 2011 (the "Settlement Agreement") until performance in full of the terms of the Settlement Agreement, notwithstanding the dismissal of this action.

Dated: New York, New York
   November 22, 2011

| | |
|---|---|
| URBAN JUSTICE CENTER | LOWENSTEIN SANDLER PC |
| By: _____ | By: _____ |
| David A. Colodny, Esq. | David Field, Esq. |
| Attorney for Plaintiffs | Attorneys for Defendants |
| 123 William Street, 16th Floor | Lowenstein Sandler PC |
| New York, New York 10038 | 65 Livingston Avenue |
| (646) 459-3006 | Roseland, New Jersey 07068 |
| dcolodny@urbanjustice.org | (973) 597-2500 |
| | dfield@lowenstein.com |
| CHADBOURNE & PARKE LLP | SHEARMAN & STERLING LLP |
| By: _____ | By: _____ |
| Marc D. Ashley, Esq. | Daniel C. Lewis, Esq. |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| 30 Rockefeller Plaza | 599 Lexington Avenue |
| New York, New York 10112 | New York, New York 10022-6069 |
| (212) 408-5194 | (212) 848-8691 |
| mashley@chadbourne.com | Daniel.Lewis@Shearman.com |

THE CLERK SHALL CLOSE THIS CASE.

SO ORDERED:

Dated:   New York, New York
         Dec. 9, 2011

_____
The Hon. Richard J. Holwell
U.S. District Judge